In the Matter of the Appointment of a Committee of the Person and Property of FLORENCE M. HENRY, an Incompetent Person. EDWARD HENRY, Appellant; CLARENCE H. BELLINGER et al., as Committee of the Person and Property of Said Incompetent Person, Respondents.— Order appointing a committee of the person and property of the incompetent named therein modified on the law and the facts by striking out everything following the first ordering paragraph and remitting the matter to Special Term to conduct a hearing as to the propriety of naming the husband of the incompetent as committee. As thus modified the order is affirmed, without costs. (*Matter of More,* 268 App. Div. 1055.) Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

ROSE LEONARD, as Guardian ad Litem of PETER LEONARD, an Infant, et al., Appellants, v. QUEEN MOUNTAIN COUNTRY CLUB, INC., Respondent.— Action by an infant to recover damages for personal injuries and by his father for expenses and loss of services. Accepting the most favorable inferences to be derived from plaintiffs' proof, the infant, as a musician employed by defendant, was assigned by it to living quarters in a bungalow 150 feet from its main hotel. In walking at night along a rustic pathway between the bungalow and the hotel, the infant fell at a hole in the pathway about 35 feet from the bungalow, which hole he "felt to be about 5 or 6 inches" deep. Judgment dismissing complaint, in accordance with the granting of a motion by defendant at the close of plaintiffs' case, reversed on the law and a new trial granted, with costs to abide the event. Appeal from order "dismissing plaintiffs' complaint at the close of plaintiffs' case" dismissed, without costs. We are of opinion that a prima facie case of actionable negligence was presented. The title of the action should be amended to show that the infant is a plaintiff and is prosecuting the action by his guardian ad litem. Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

ABRAHAM OLSHAN, Respondent, v. AARON WEISSLER, Appellant.— Action to reform a partnership agreement and for other relief. Order denying defendant's motion to dismiss the second cause of action on the ground it fails to state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

LUMMIE SPANN, Appellant, v. DOLLY SPANN, Respondent.— In an action for annulment of marriage, plaintiff appeals from an order granting temporary alimony and counsel fee. Order affirmed, with ten dollars costs and disbursements, the arrears of alimony, if any, to be paid within ten days from the entry of the order hereon. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.